IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
          Plaintiff,

v.                                  Case No. 6:93-cr-10036-JTM-1

DARNELL REEVES,
          Defendant.

**MEMORANDUM AND ORDER**

This matter is before the court on defendant Darnell Reeves' Motion for Discovery. Dkt. 100. Defendant alleges that he is "in the process of trying to file a [*Johnson*] claim" and requests "a copy of the discovery material that was filed in this case, including but not limited to police reports, interviews, F.B.I. report, [etc]." *Id*. at 1.

As an initial matter, none of the materials requested by defendant are maintained by the court. Moreover, defendant has not explained how such materials would help him assert a claim under *Johnson v. United States*, 135 S.Ct. 2551 (2015). A habeas petitioner, unlike the usual civil litigant, is not entitled to discovery as a matter of ordinary course. *Curtis v. Chester*, 626 F.3d 540, 549 (10th Cir. 2010) (*citing Brace v. Gramley*, 520 U.S. 899, 904 (1997)). Absent a showing of some need, defendant is not entitled to an order of discovery.

**IT IS THEREFORE ORDERED** this 25th day of August, 2016, that defendant Darnell Reeves' Motion for Discovery (Dkt. 100) is DENIED.

                                               ___s/ J. Thomas Marten_____
                                               J. THOMAS MARTEN, JUDGE